UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MAURICE BOYKINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:23-cv-00046-JPH-MJD ) |
| FRANK VANIHEL, CHARLENE A. BURKETT, | ) ) ) ) |
| Defendants. | ) |

**ORDER**

Earlier in this case, the Court recruited counsel to represent Plaintiff. Recruited counsel filed a motion to withdraw, and the Court granted the motion. Dkt. 101. Plaintiff has filed a motion to extend the appeal deadline. Dkt. 116. That motion, dkt. [116], is **denied**. The Court cannot extend the deadline for Plaintiff to appeal the Court's Order because the Order is not appealable; instead, it is an interlocutory order that can be appealed only after final judgment is entered, which has not occurred in this case. *Cf. Barnes v. Black*, 544 F.3d 807, 810 (7th Cir. 2008) (citing *Randle v. Victor Welding Supply Co.*, 664 F.2d 1064, 1066–67 (7th Cir. 1981) (per curiam)) (dismissing appeal of district court denial of motion for appointment of counsel under 28 U.S.C. § 1915(e)(1) for lack of appellate jurisdiction because ruling was nonfinal and nonappealable).

**SO ORDERED.**

Date: 9/18/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

MAURICE BOYKINS
285506
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
P.O. Box E
NEW CASTLE, IN 47362

All ECF-registered counsel of record via email